THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SUMNER PLAINS 84, LLC, A Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation,<br><br>Defendant. | No.: 3:19-cv-05361-RBL<br><br>STIPULATED MOTION TO DISMISS |

Plaintiff Sumner Plains 84, LLC ("Sumner Plains") and Defendant Fireman's Fund Insurance Company ("FFIC") (together, the "Parties") stipulate that the claims asserted against FFIC by Sumner Plains in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed without prejudice and without an award of costs or fees to any of the Parties.

IT IS SO ORDERED this 3rd day of June, 2019.

Ronald B. Leighton
United States District Judge

STIPULATED MOTION TO DISMISS
No.: 3:19-cv-05631-RBL

Page 1

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

By   /s/Daniel R. Bentson
     Daniel R. Bentson, WSBA #36825
     E-Mail: dan.bentson@bullivant.com
     1700 Seventh Ave., Ste. 1810
     Seattle, WA 98101
     206.292.8930

     Attorneys for Defendant Fireman's Fund Insurance Company

LAW OFFICE OF BRADLEY S. WOLF

By   /s/ Bradley S. Wolf
     Bradley S. Wolf, WSBA #21252
     E-Mail: bwolf@wolflaw.us
     811 First Avenue, Suite 350
     Seattle, WA 98104
     206.264.4577

     Attorneys for Plaintiff Sumner Plains 84, LLC

4847-8672-7064.1

STIPULATED MOTION TO DISMISS
No.: 3:19-cv-05631-RBL

Page 2

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930